# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEODORE M. BRUNELLE | : |
| Plaintiff, | : 3:15-CV-1480 |
| v. | : (JUDGE MARIANI) |
| CITY OF SCRANTON, et al., | : |
| Defendants. | : |

## ORDER

**AND NOW, THIS 28th DAY OF AUGUST, 2018**, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 36) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 36) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Motion for Partial Summary Judgment (Doc. 26) is **GRANTED IN PART AND DENIED IN PART** as follows:

   a. Plaintiff's Motion is **GRANTED** with respect to Plaintiff's procedural due process claim against Defendant Hinton. Judgment is thus hereby entered **IN FAVOR OF** Plaintiff Theodore Brunelle and **AGAINST** Defendant Patrick Hinton on Plaintiff's procedural due process claim only.

   b. Plaintiff's Motion is **DENIED** in all other respects.

3. This action now being in a procedural posture ready for trial, the action is **REMANDED** to Magistrate Judge Carlson for purposes of determining whether the parties will consent to his jurisdiction to conduct the trial in this matter.

Robert D. Mariani
United States District Judge